| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 7065383 | **DATE** 02/11/2026 |
|---|---|---|---|---|

| **NAME** SANDERS, Gregory | **OFFICER** Kyle Cordova | **JUDGE** Matthew F. Leitman | **DOCKET #** 23-CR-20314-01 |
|---|---|---|---|

| **ORIGINAL SENTENCE DATE** 11/12/2020 **COMMENCED** 03/20/2023 **EXPIRATION** 03/19/2026 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** II | **TOTAL OFFENSE LEVEL** 21 | **PHOTO**  |
|---|---|---|---|---|
| **ASST. U.S. ATTORNEY** Wayne Pratt | **DEFENSE ATTORNEY** To Be Determined | | | |
| **REPORT PURPOSE** **TO ISSUE A SUMMONS** | | | | |
| **ORIGINAL OFFENSE** Count 1: 21 U.S.C. §§ 841(A)(1) and (B)(1)(C), Possession with Intent to Distribute Oxycodone | | | | |

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 30 months, to be followed by a three-year term of supervised release.

Name of Sentencing Judicial Officer: Honorable James S. Gwin, Northern District of Ohio. Jurisdiction accepted by the Honorable Matthew F. Leitman on June 5, 2023.

**ORIGINAL SPECIAL CONDITIONS**

**Mandatory Drug Testing**
You must refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release from imprisonment and to at least two periodic drug tests thereafter, as determined by the Court.

**Substance Abuse Treatment and Testing**
The defendant shall participate in an approved program of substance abuse testing and/or outpatient or inpatient substance abuse treatment as directed by their supervising officer; and abide by the rules of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing.

**Mental Health Treatment**
You must undergo a mental health evaluation and/or participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | U. S. Probation Office<br>Eastern District of Michigan | PACTS<br>7065383 | DATE<br>02/11/2026 |
|---|---|---|---|---|
| NAME<br>SANDERS, Gregory | OFFICER<br>Kyle Cordova | | JUDGE<br>Matthew F. Leitman | DOCKET #<br>23-CR-20314-01 |

provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

**Search/Seizure**
You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

**DNA**
You must cooperate in the collection of DNA as directed by the probation officer.

    Criminal Monetary Penalty: Special Assessment $100.00 (paid).

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."<br><br>According to officers with the Saint Clair Shores (SCS), Michigan Police Department, SANDERS was arrested on January 26, 2026, for Count 1: Identity Theft (felony) and Count 2: Financial Transaction Device – Possession of a Fraudulent One (felony). According to the report, On January 19, 2026, the victim, A.S., came to the SCS Police Department to file an identity theft complaint. A.S. advised officers that she received two pieces of mail from Bass Pro Shops and Home Depot, indicating that she had opened a credit card through the businesses; however, she did not. She advised that according to the Bass Pro Shop statement, she had a balance of $4,977.60. The report does not indicate the balance of Home Depot.<br><br>SCS Officers identified SANDERS, through camera surveillance obtained from the suspected businesses, as making three separate purchases on January 1, 2026, for $250.16 at Kroger, January 2, 2026, for $77.91 at Walmart, and again on January 2, 2026, for $64.12 at M&K Truck Center. Also implicated as a suspect and identified as making several other purchases is SANDERS wife, Latoya Sanders. On January 26, 2026, SANDERS was arrested without incident. SANDERS admitted to officers that he made the purchases on the fraudulent credit card as noted above. |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 7065383 | **DATE** 02/11/2026 |
|---|---|---|---|---|
| **NAME** SANDERS, Gregory | **OFFICER** Kyle Cordova | **JUDGE** Matthew F. Leitman | | **DOCKET #** 23-CR-20314-01 |

This case is being heard in the 40th District Court, Saint Clair Shores, Michigan, Case No. 2026-DC260030FY-FY. On January 27, 2026, SANDERS appeared for his arraignment before the Honorable Joseph C. Oster. SANDERS was given a $20,000.00 personal recognizance bond and released at that time. There is a probable cause hearing set for February 17, 2026, at 8:30 a.m. before the Honorable Mark A. Fratarcangeli.

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Kyle Cordova/lnb/slg 313-234-5435 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Tracy Kosmas 313-234-5272 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[X]  The issuance of a summons

[ ]  Other


s/Matthew F. Leitman
United States District Judge

2/11/2026
Date

Page **3** of **3**